JOHN GABARRON, APPELLEE, V. SULLIVAN TRANSFER & STORAGE COMPANY, APPELLANT.

FILED JANUARY 8, 1930. No. 26966.

*L. R. Doyle, Claude S. Wilson, R. F. Gilkeson, Hymen Rosenberg* and *Baylor & Tou Velle,* for appellant.

*Hainer, Flansburg & Lee* and *John O. Sheldahl, contra.*

Heard before ROSE, DEAN, GOOD, THOMPSON, EBERLY and DAY, JJ., and FOSTER, District Judge.

PER CURIAM.

This is an action for damages for personal injuries sustained by plaintiff as the result of an automobile accident. From a verdict and judgment for $7,500 in favor of plaintiff, defendant has appealed.

We have carefully examined the record and find it to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.